UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

PETERBOROUGH OIL COMPANY,
INC., et al.,

    Plaintiffs

v.

GREAT AMERICAN INSURANCE
COMPANY,

    Defendant

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1 and to Local Rule 7.5(A), Defendant Great American Insurance Company, a non-governmental corporation, hereby discloses that it is a subsidiary of American Financial Group, which owns 10% or more of its stock.

    GREAT AMERICAN INSURANCE
    COMPANY

    By its Attorneys,

Date: Dec. 13, 2003

David D. Dowd BBO#132660
Curley & Curley, P.C.
27 School Street, Suite 600
Boston, MA 02108
(617) 523-2990/(617) 523/7602 fax

- 2 -

## Certificate of Service

I, David D. Dowd, hereby certify that I served a true and correct copy of the foregoing pleading by mailing a copy postage prepaid to the following counsel of record:

Barry A. Bachrach, Esquire
Bowditch & Dewey LLP
311 Main Street
P.O. Box 15156
Worcester, MA  01615-0156

Date: Dec. 13, 2003

David D. Dowd