UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

PETERBOROUGH OIL COMPANY, INC., et al.,

    Plaintiffs

v.

GREAT AMERICAN INSURANCE COMPANY,

    Defendant

## DEFENDANT'S FILING PURSUANT TO LOCAL RULE 81.1

Now comes the Defendant, Great American Insurance Company, pursuant to Local Rule 81.1(c), and files a certified copy of the docket and papers from the state court, said papers being attached hereto as Exhibit A.

                        GREAT AMERICAN INSURANCE COMPANY

                        By its Attorneys,

Date: Dec. 13, 2004

David D. Dowd, BBO#132660
Curley & Curley, P.C.
27 School Street, Suite 600
Boston, MA 02108
(617) 523-2990/(617) 523/7602 fax

- 2 -

## Certificate of Service

I, David D. Dowd, hereby certify that I served a true and correct copy of the foregoing pleading by mailing a copy postage prepaid to the following counsel of record:

Barry A. Bachrach, Esquire
Bowditch & Dewey LLP
311 Main Street
P.O. Box 15156
Worcester, MA   01615-0156

Date: _Dec. 13, 2004_

_____
David D. Dowd

- 2 -

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.