UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-40252-FDS

PETERBOROUGH OIL COMPANY, INC. and )
DIANE CLARK, )
Plaintiffs, )
)
)
v. )
)
)
GREAT AMERICAN INSURANCE CO. )
Defendant. )
)

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs Peterborough Oil Company, Inc. and Diane Clark hereby move for summary judgment in their favor on all Counts of the Complaint. As grounds for this Motion, Plaintiffs state that there are no genuine issues of material fact for trial and it is entitled to judgment as a matter of law. In further support of this Motion, Plaintiffs submit herewith their Brief in Support of Motion for Summary Judgment; Plaintiff's Statement of Undisputed Material Facts in Support of Motion for Summary Judgment, and the Affidavit of Barry A. Bachrach, Esq.

PETERBOROUGH OIL COMPANY, INC.
and DIANE CLARK
By their attorneys,

_____
Barry A. Bachrach (BBO #025490)
James P. Hoban (BBO #633929)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Date:   February 25, 2005

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on 2/25/05

{J:\CLIENTS\lit\302602\0002\00512882.DOC;1}