UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-40252-FDS

PETERBOROUGH OIL COMPANY, INC. and )
DIANE CLARK, )
Plaintiffs, )
)
)
v. )
)
)
GREAT AMERICAN INSURANCE CO. )
Defendant. )
)
)

## STATEMENT PURSUANT TO RULE 7.1A(2)

Pursuant to Rule 7.1(a)(2) Plaintiffs state that they have conferred with counsel for defendant and have been unable to resolve the issues raised by the Motion for Summary Judgment.

PETERBOROUGH OIL COMPANY, INC.
and DIANE CLARK
By their attorneys,

_____
Barry A. Bachrach (BBO #025490)
James P. Hoban (BBO #633929)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Date:   February 25, 2005

## CERTIFICATE OF SERVICE

I, Barry A. Bachrach, hereby certify that I have served a copy of the foregoing this 25th day of February, 2005 by mailing a copy of same, postage prepaid to:

David D. Dowd, Esquire
Curley & Curley, P.C.
27 School Street, Suite 600
Boston, MA 02108

_____
Barry A. Bachrach

{J:\CLIENTS\lit\302602\0002\00512373.DOC;1}