UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-40252-FDS

PETERBOROUGH OIL COMPANY, INC. and )
DIANE CLARK, )
Plaintiffs, )
)
)
v. )
)
)
GREAT AMERICAN INSURANCE CO. )
Defendant. )
)
)

## REQUEST FOR HEARING

Plaintiffs Peterborough Oil Company, Inc. and Diane Clark hereby respectfully request this Honorable Court to schedule a hearing date on the Motion for Summary Judgment, with supporting documents.

PETERBOROUGH OIL COMPANY, INC.
and DIANE CLARK
By their attorneys,

_____
Barry A. Bachrach (BBO #025490)
James P. Hoban (BBO #633929)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Date:   February 25, 2005

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail/hand on 2/25/05

{J:\CLIENTS\lit\302602\0002\00513064.DOC;1}