UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Central Division)

CIVIL ACTION NO. 4:04-CV-40252-FDS

PETERBOROUGH OIL COMPANY,
INC., et al.,

    Plaintiffs

v.

GREAT AMERICAN INSURANCE
COMPANY,

    Defendant

**DEFENDANT'S MOTION TO EXTEND TIME FOR OPPOSITION
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Assented To)**

Now comes the defendant, Great American Insurance Company, and moves that the time for service and filing of its Opposition to Plaintiff's Motion for Summary Judgment, received by defendant on February 28, be extended several days to and including March 18, 2005.

By its Attorneys,

Date: March 11, 2005

David D. Dowd BBO#132660
Curley & Curley, P.C.
27 School Street, Suite 600
Boston, MA 02108
(617) 523-2990/(617) 523/7602 fax

Assented to:

Barry A. Bachrach (BBO)
Barry A. Bachrach, Esquire

## Certificate of Service

I, David D. Dowd, hereby certify that I served a true and correct copy of the foregoing pleading by mailing a copy postage prepaid to the following counsel of record:

Barry A. Bachrach, Esquire
Bowditch & Dewey LLP
311 Main Street
P.O. Box 15156
Worcester, MA  01615-0156

Date: March 11, 2005

David D. Dowd