UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.   4:04-CV-40252-FDS

PETERBOROUGH OIL COMPANY, INC., et al.,

    Plaintiffs

v.

GREAT AMERICAN INSURANCE COMPANY,

    Defendant

## LOCAL RULE 7.1(A)(2) STATEMENT

The parties' counsel conferred on February 25, 2005 regarding dispositive motions and were unable to reach accord.

                  GREAT AMERICAN INSURANCE
                  COMPANY

                  By its Attorneys,

Date: _March 17, 2005_             _____
                                              David D. Dowd, BBO#132660
                                              Curley & Curley, P.C.
                                              27 School Street, Suite 600
                                              Boston, MA   02108
                                              (617) 523-2990/(617) 523/7602 fax

- 2 -

## Certificate of Service

I, David D. Dowd, hereby certify that I served a true and correct copy of the foregoing pleading by mailing a copy postage prepaid to the following counsel of record:

Barry A. Bachrach, Esquire
Bowditch & Dewey LLP
311 Main Street
P.O. Box 15156
Worcester, MA  01615-0156

Date: March 17, 2005

David D. Dowd