UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-40252-FDS

PETERBOROUGH OIL COMPANY, INC. and )
DIANE CLARK, )
Plaintiffs, )
 )
v. )
 )
GREAT AMERICAN INSURANCE CO. )
Defendant. )
 )

**(ASSENTED-TO) MOTION TO EXTEND TIME TO
RESPOND TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiffs hereby move this Court for an extension until April 8, 2005 to respond to Defendant's Cross-Motion for Summary Judgment. Defendant assents to this Motion.

ASSENTED TO:

| | |
|---|---|
| GREAT AMERICAN INSURANCE CO. | PETERBOROUGH OIL COMPANY, INC. And DIANE CLARK |
| By Its Attorneys | By their attorneys, |
| *David D. Dowd* | *[signature]* |
| David D. Dowd (BBO # 132660) | Barry A. Bachrach (BBO #025490) |
| Curley & Curley, P.C. | Bowditch & Dewey, LLP |
| 27 School Street, Suite 600 | 311 Main Street, P.O. Box 15156 |
| Boston, MA 02108 | Worcester, MA 01615-0156 |
| (617) 523-2990 | (508) 791-3511 |

Date:   March 31, 2005