UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Peterborough Oil Company, Inc.,
And Diane Clark,
          Plaintiffs,

v.                              CIVIL ACTION NO. 04-40252-FDS

Great American Insurance Company,
          Defendant,

## JUDGMENT IN A CIVIL CASE

SAYLOR, D.J.

    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED: in accordance with the Courts Memorandum and Order entered on 9/14/05, that judgment be entered in favor of the plaintiffs as to counts 1 and 2 and in favor of the defendant as to count 3.**

SARA THORNTON, CLERK

Dated: 9/15/05          /s/ Martin Castles
                                   ( By )  Deputy Clerk

NOTE: The post judgment interest rate effective this date is 3.78%.

(judgciv.frm - 10/96)                                  [jgm.]