**CURLEY & CURLEY, P.C.**
ATTORNEYS AT LAW
27 SCHOOL STREET
BOSTON   MASSACHUSETTS   02108

(617) 523-2990
FACSIMILE (617) 523-7602

ROBERT A. CURLEY
ROBERT A. CURLEY, JR.
EUGENE F. NOWELL
DAVID D. DOWD
MARTIN J. ROONEY*
LISABETH RYAN KUNDERT
STEPHEN J. GILL
JONI KATZ MACKLER
KIM M. ROUSSOS
LISA M. CAPERNA

WRITER'S E-MAIL ADDRESS:
ddd@curleylaw.com

*ALSO MEMBER OF NEW HAMPSHIRE BAR

September 22, 2005

Clerk's Office, Civil
United States District Court
Harold D. Donohue Federal Building
and Courthouse, Suite 502
595 Main Street
Worcester, MA   01608

**Re:   Peterborough Oil Company, Inc., et al. v. Great American Insurance Company**
       **Civil Action 4:04-CV-40252-FDS**

To Whom It May Concern:

Please file the enclosed defendant's motion for clarification regarding an order entered by Judge Saylor on September 15.

I do not know whether or not this may be opposed by plaintiff's counsel, Barry Bachrach. However, I have learned that Mr. Bachrach leaves for vacation on September 23. Therefore, it might be unfair to impose the court's usual 14-day period for reply. I have no problem with holding this in abeyance for a while if Mr. Bachrach seeks an opportunity to oppose.

Very truly yours,

David D. Dowd

DDD:es
Enclosure
cc:   Barry Bachrach (w/enc.)