UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-40252-FDS

| | |
|---|---|
| PETERBOROUGH OIL COMPANY, INC. and DIANE CLARK, Plaintiffs, | ) ) ) ) |
| v. | ) ) |
| GREAT AMERICAN INSURANCE CO. Defendant. | ) ) ) ) |

**ASSENTED TO - MOTION TO EXTEND THE TIME
FOR PLAINTIFF TO RESPOND TO DEFENDANT'S
MOTION FOR CLARIFICATION AND PARTIAL AMENDMENT OF THE
COURT'S ORDER FOR JUDGMENT IN FAVOR OF PLAINTIFF**

Plaintiff Peterborough Oil Company, Inc. et al hereby respectfully requests an extension, up to and including October 15, 2005, in which to respond to Defendant Great American Insurance Company's Motion for Clarification and Partial Amendment of the Court's Order of Judgment in Favor of Plaintiff. This additional time is needed because plaintiff's counsel has just left for vacation and has not reviewed Defendant's Motion for Clarification and Partial Amendment of the Court's Order of Judgment in Favor of Plaintiff.

No party will be prejudiced by the allowance of this additional time as all parties assent to this Motion.

**ASSENTED TO:**

| GREAT AMERICAN INSURANCE CO. | PETERBOROUGH OIL COMPANY, INC. And DIANE CLARK |
|---|---|
| By Its Attorneys | By their attorneys, |
| /s/ David D. Dowd | /s/ Barry A. Bachrach |
| David D. Dowd (BBO # 132660) | Barry A. Bachrach (BBO #025490) |
| Curley & Curley, P.C. | Bowditch & Dewey, LLP |
| 27 School Street, Suite 600 | 311 Main Street, P.O. Box 15156 |
| Boston, MA 02108 | Worcester, MA 01615-0156 |
| (617) 523-2990 | (508) 791-3511 |

September 29, 2005

{J:\CLIENTS\lit\302602\0002\00592677.DOC;1}

## CERTIFICATE OF SERVICE

    I, Barry A. Bachrach, hereby certify that I have served a copy of the foregoing this 29th day of September, 2005 by mailing a copy of same, postage prepaid to:

    David D. Dowd, Esquire
    Curley & Curley, P.C.
    27 School Street, Suite 600
    Boston, MA 02108

*Barry A. Bachrach*
Barry A. Bachrach