UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Central Division)

CIVIL ACTION NO. 4:04-CV-40252-FDS

PETERBOROUGH OIL COMPANY, INC., et al.,

    Plaintiffs

v.

GREAT AMERICAN INSURANCE COMPANY,

    Defendant

## STIPULATION OF DISMISSAL

Now come the parties to the above-captioned action, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), and stipulate to dismissal of all claims and counterclaims, with prejudice and without costs.

By their Attorneys,

_____  
Barry A. Bachrach (BBO #025490)  
Bowditch & Dewey, LLP  
311 Main Street  
P.O. Box 15156  
Worcester, MA 01615-0156  
Attorney for Plaintiffs

David D. Dowd  
David D. Dowd (BBO #132660)  
Curley & Curley, P.C.  
27 School Street, Suite 600  
Boston, MA 02108  
Attorney for Defendant

Date: 12/2/05

Date: 12/2/05